IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE
JUAN M BARRETO GINORIO
HC 05 BOX 91635
ARECIBO PR 00612

BANKRUPTCY 18-07310 ESL
CHAPTER 12

SS xxx-xx-4619
Debtor

**NOTICE TO CREDITORS & OTHER PARTIES IN INTEREST**

NOTICE IS HEREBY GIVEN THAT:

A §341 Meeting of Creditors will be held at the OCHOA BUILDING, TANCA ST., 1st FL., COMERCIO ST ENTRANCE, OLD SAN JUAN, PUERTO RICO on **March 12, 2019 at 10:00 a.m.** to consider the following matter:

**§341 MEETING OF CREDITORS previously** scheduled for February 14, 2019 at 10:30 a.m. has been rescheduled to **March 12, 2019 at 10:00 a.m.**

**CERTIFY:** On this same date this Notice has been electronically filed and caused to be noticed to participants. A copy has also been mailed by regular mail to all other creditors and parties in interest pursuant to the attached matrix.

In Caguas for San Juan this 14 of February, 2019

/s/ *L.A. Morales*

USDC 121100
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
CAGUAS, PUERTO RICO 00725-1908
TEL.: 746-2434 FAX: 258-2658
E-MAIL: lamoraleslawoffice@gmail.com

1